UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FANTASEA ENTERPRISES, INC., <br><br>Debtor, <br><br>―――――――――――――――― <br>FANTASEA ENTERPRISES, INC. dba PACIFIC AVALON YACHT CHARTERS; and JOHN GUEOLA, an individual, <br><br>Plaintiffs and Appellees, <br><br>v. <br><br>COVERLAW, PC, a Wyoming Corporation; JAMES COVER, an individual; and DOES 1 through 25 inclusive, <br><br>Defendants and Appellants. | Nos.  SACV 16-1931 PA <br>        SACV 16-1932 PA <br><br>JUDGMENT ON APPEAL FROM BANKRUPTCY COURT <br><br>Bankruptcy Case No. 8:14-bk-17376-TA <br>Adversary Case No. 8-16-ap-01143-TA |

//

//

//

//

//

//

//

Pursuant to Federal Rule of Bankruptcy 8024, and consistent with the Court's February 17, 2017 Opinion, it is ordered and adjudged by this Court that the Bankruptcy Court's order remanding the malpractice action to the Orange County Superior Court is affirmed in Case No. SACV 16-1932 PA and the Motion to Certify Order for Interlocutory Appeal in Case No. SACV 16-1931 PA is denied as moot.

DATED: March 7, 2017

/s/
Kiry Gray, Clerk of Court
by V.R. Vallery, Courtroom Deputy Clerk

cc: U.S. Bankruptcy Court
    U.S. Trustee